IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

```
U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
      FILED
   MAY 0 8 2015
BY CHRIS R. JOHNSON, CLERK
        DEPUTY CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15CR20005-001 |
| | ) | |
| RICHARD HARDESTY | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on April 15, 2015, be on the same day hereby dismissed without prejudice.

Entered on this 8th day of MAY, 2015.

_P.K. Holmes_
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE